Motion set for hearing on 3/11/13 at 3:30 pm.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:13-cr-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, by and through counsel, and respectfully requests the Court to continue the trial currently set for April 9, 2013. The United Stated Attorney's Office, through Clay Lee, has no objection to this request.

In support of a continuance, the Defendant asserts that counsel needs additional time to prepare for trial as he was appointed on March 4, 2013.

The Defendant declines to waive his speedy trial rights.

Accordingly, for the reasons stated, the Defendant requests the trial be continued and a new trial date be set.

Respectfully submitted,

/s/ James E. Mackler
James E. Mackler (BPR #024855)
BONE MCALLESTER NORTON
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6312 (phone)
(615) 248-4668 (facsimile)
Email: jmackler@bonelaw.com