# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## **O R D E R**

It is hereby **ORDERED** that, upon the request of the government, an extension of the deadline for submitting the six items for *in camera* review, as required by Order entered April 1, 2013 (Docket No. 40), is **EXTENDED** to Friday, April 12, 2013. By 12:00 noon on that date, the government shall either furnish those materials *in camera* to chambers or file a response in opposition to the court's Order to do so.

It is so **ORDERED**.

ENTER this 8th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge