IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

**O R D E R**

Pursuant to the court's Order of April 1, 2013 (Docket No. 40), the government has furnished *in camera* to chambers certain materials responsive to the defendant's Motion to Discover Identity of Informant (Docket No. 34). Based upon the government's representation that the informant will be testifying at the trial (Docket No. 38 at 1), the court finds only one of the documents furnished appropriate for early disclosure, and that is a DEA Report of Investigation dated March 25, 2013. It is hereby **ORDERED** that the government shall furnish this document to defense counsel as soon as possible. It is further **ORDERED** that counsel for the defendant is not to give a copy of this document to his client, although he may discuss the contents of the document with his client. Further, defense counsel is to use this document only for purposes of investigation and trial of this case.

Government counsel has stated that additional materials may be furnished to the court for *in camera* inspection when received from another agency. The court will review those matters upon receipt and decide whether further early disclosure is appropriate.

It is so **ORDERED**.

ENTER this 16th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge