Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:13-cr-00036 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| JOSHUA GRANDERSON | ) | |

**MOTION TO CONTINUE TRIAL**
**AND TO EXTEND PRETRIAL DEADLINES**

Defendant Joshua Granderson, through counsel, moves the Court to continue the trial in this matter from July 30, 2013 to a date after December 15, 2013, appropriate to the Court's calendar and to extend all related pretrial deadlines. In support counsel submits the attached declaration, under seal, and would show:

1. Defendant is scheduled for trial on July 30, 2013 at 9:00 a.m. (Docket No. 73). Representation in this matter began on May 22, 2013 after the Court declared a mistrial during the defendant's jury trial and prior counsel was relieved as counsel for the defendant (Docket Nos. 66, 69). Defendant is indigent.

2. Defendant was charged by indictment on February 6, 2013. The indictment charges Mr. Granderson with four crack cocaine related crimes, which are serious charges and expose defendant to a significant sentence.

3. Counsel is in the process of gathering prior counsel's files. Counsel is defendant's fourth attorney of record in this matter. It is important to any criminal representation to establish a positive working relationship and that takes time.

1