IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 2/10/14 at 3:00 PM.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:13-cr-00036 |
| v. ) | |
| ) | JUDGE TRAUGER |
| JOSHUA GRANDERSON ) | |

## MOTION TO RESCHEDULE HEARING

Defendant Joshua Granderson, through counsel, moves for an Order rescheduling the February 14, 2014, 3:30 p.m. hearing (D.E. 135) to Monday, February 10, 2014 at 3:00 p.m. In support, defendant would show that Michael E. Terry is Mr. Granderson's CJA appointed counsel. Mr. Terry has a conflict and is unable to appear on February 14. Defendant is informed the Court is available to hear this matter at 3:00 p.m. on February 10, 2014.

**WHEREFORE, PREMISIS CONSIDERED**, defendant moves the Court to enter an order rescheduling the February 14, 2014 hearing to Monday, February 10, 2014 at 3:00 p.m.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

**Terry & Gore**
1200 16th Avenue South
Nashville, Tennessee 37212
(615) 321-2751
Fax: (615) 250-4915