IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-cr-00036 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| JOSHUA GRANDERSON | ) | |

## MOTION TO STAY

Defendant Joshua Granderson moves this Court for an Order staying defendant's reply filing deadline. The Court granted defendant's motion for permission to file replies to the government's responses. Defendant's replies are due on or before February 7, 2014 (D.E 133). Defendant has requested new counsel, and the Court has set the matter for hearing.

**WHEREFORE**, **PREMISIS CONSIDERED**, defendant moves the Court to enter an order staying the February 7, 2014 reply deadline, until a date after his request for new counsel is heard.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

**Terry & Gore**
1200 16th Avenue South
Nashville, Tennessee 37212
(615) 321-2751
Fax: (615) 250-4915