# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## **O R D E R**

It is hereby **ORDERED** that a status conference will be held in this case on Friday, February 21, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 10th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge