IN THE UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ] | |
| --- | --- | --- |
| | ] | |
| v. | ] | No. 3:13-cr-36 |
| | ] | Judge Trauger |
| JOSHUA GRANDERSON | ] | |

**MOTION TO ADOPT PREVIOUSLY FILED
MOTION TO STRIKE § 851 ENHANCEMENT (DE 115)**

Comes now Joshua Granderson, through counsel, and moves the Court to adopt the previously filed Motion to Strike § 851 Enhancement (DE 115). The Court has not yet ruled on this motion prior to current counsel's appointment.

Respectfully submitted,

s/ John G. Oliva
JOHN G. OLIVA, 10566
1308 Rosa L. Parks Boulevard
Nashville TN 37208
Office: (615) 254-0202
Cell:    (615) 429-7812
jgoliva@comcast.net

Counsel for Joshua Granderson