IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

**O R D E R**

It is hereby **ORDERED** that the defendant's present counsel shall file a Reply in connection with the Motion to Produce filed by previous counsel in November 2013 (Docket No. 113). Defense counsel should be very specific as to the discovery he maintains he does not have and will need if the court sets an evidentiary hearing on the defendant's Motion to Dismiss the Indictment as a vindictive prosecution. (Docket No. 129) This Reply shall be filed by August 11, 2014.

It is so **ORDERED**.

ENTER this 4th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge