# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## O R D E R

The Motion to Produce filed by the defendant (Docket No. 113) is **GRANTED**, to the extent that the material requested in the defendant's Reply (Docket No. 165) shall be produced to defense counsel by the close of business on Thursday, August 14, 2014. Any material that the government objects to furnishing to defense counsel shall be delivered to Judge Trauger's chambers by that same deadline for *in camera* review.

It is so **ORDERED**.

ENTER this 12th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge