# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

## O R D E R

The government's Motion to Reconsider (Docket No. 168) is **GRANTED**, and this court's Order entered August 12, 2014 (Docket No. 166) is hereby **VACATED**.

It is further **ORDERED** that the evidentiary hearing scheduled for August 19, 2014 is **CONTINUED**, and oral argument shall be heard before the court on September 11, 2014 at 1:30 p.m. on the defendant's Motion to Dismiss The Indictment (Docket No. 129) and Motion to Produce (Docket No. 113). The government shall file any further papers related to either of these motions by close of business on Wednesday, August 27, 2014. The defendant may respond to the government's additional filings by September 5, 2014.

It is so **ORDERED**.

ENTER this 18th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge