IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

**O R D E R**

The court has reviewed the *in camera* materials furnished by the government. The only documents that the court is inclined to furnish to defense counsel are:

1. Code of Conduct For Informants and Cooperating Individuals, executed by the confidential informant in this case. (Docket No. 183, Page ID #1221),

2. List of Payments made to the confidential informant (Docket No. 183, Page ID #1229).

3. Paragraphs 3 and 4 of Docket No. 191, Page ID #1365. If requested by the government, all names but the defendant's could be deleted from Paragraph 4, so long as it is clear how many names are mentioned in that paragraph.

It is hereby **ORDERED** that the government shall file any objections it has to these matters under seal by September 26, 2014.

It is so **ORDERED**.

ENTER this 19th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge