IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

**O R D E R**

For the reasons expressed on the record at the conclusion of a lengthy evidentiary hearing held on October 17, 2014, which findings are incorporated herein by reference as if set forth verbatim, the following are hereby **ORDERED**:

1. The Motion to Dismiss the Indictment (Docket No. 129) is **DENIED**.

2. The Motion to Strike U.S.C. § 851 Enhancement (Docket No. 115) is **DENIED**.

3. The First Motion to Produce (Docket No. 113) is **GRANTED IN PART** and **DENIED IN PART**.

It is so **ORDERED**.

ENTER this 17th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge