UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 3:13-cr-00036 |
| | ) | Judge Trauger |
| JOSHUA GRANDERSON | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney (AUSA) Matthias D. Onderak for AUSA Clay T. Lee.

    Respectfully submitted,

    DAVID RIVERA
    United States Attorney

    By: *s/ Matthias D. Onderak*
        MATTHIAS D. ONDERAK
        Assistant United States Attorney
        110 9th Avenue South - Suite A-961
        Nashville, Tennessee 37203-3870
        Telephone: 615-736-5151

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notification to: John Oliva.

    *s/ Matthias D. Onderak*
    MATTHIAS D. ONDERAK
    Assistant United States Attorney